# MEMORANDA

OF

---

## ARZUMANIAN V. THE STATE.
(Decided Dec. 19, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. W. P. McCROSSIN, Special Judge.

No counsel marked for appellant. R. C. BRICKELL, Attorney General; and T. H. SEAY, Assistant Attorney General, for the State.

DE GRAFFENRIED, J. No error in the record. Affirmed.

---

## ARZUMANIAN V. THE STATE.
(Decided Dec. 19, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

Per curiam. No error in the record. Affirmed.

---

## BARROW V. THE STATE.
(Decided Nov. 23, 1911.)

APPEAL from Chambers Circuit Court.

Heard before Hon. S. L. BREWER.

N. D. DENSON, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Errors confessed. Reversed and remanded.